# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| LE'ASIA ANN CRUM, et al., | § |
| Plaintiff(s), | § |
| vs. | § CIVIL ACTION NO. 2:20-00090-KD-C |
| HANKOOK TIRE WORLDWIDE COMPANY, LTD., et al., | § |
| Defendant(s). | § |

## ORDER

After due and proper consideration of all issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(3) and dated June 11, 2020, is **ADOPTED** as the opinion of this Court.

Accordingly, Plaintiffs' Motion to Remand (Doc. 3) is **GRANTED.** The Clerk is directed to **REMAND** this action to the Circuit Court of Dallas County, Alabama.

Done this 29th day of June 2020.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE